Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17450−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joel W Saperstein
708 Windswept Lane
Franklin Lakes, NJ 07417

Social Security No.:
xxx−xx−2312

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/26/19 and a confirmation hearing on such Plan has been scheduled for 6/12/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 6/11/19 and a confirmation hearing on the Modified Plan is scheduled for 7/10/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 12, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joel W Saperstein
    Debtor

Case No. 19-17450-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 12, 2019
                       Form ID: 186      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
```
db             +Joel W Saperstein,    708 Windswept Lane,    Franklin Lakes, NJ 07417-1431
518209984      +AFS/AmeriFinancial Solutions, LLC,    PO Box 65018,    Baltimore, MD 21264-5018
518209982      +Ctech Coll,    Attn: Bankruptcy Department,    5505 Nesconset Hwy. Ste. 200,
                 Mount Sinai, NY 11766-2026
518178852      +Deutshe Bank National Trust Company,    60 Wall Street,    New York, NY 10005-2858
518209980      +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
518209981      +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
518212844      +Ford Motor Credit Company LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Suite K,
                 Cherry Hill NJ 08034-3229
518209973      +Lincoln Automotive Fin,    Attn: Bankruptcy,    PO Box 54200,    Omaha, NE 68154-8000
518223928       Lincoln Automotive Financial Services,    Dept. 55953,    PO Box 55000,    Detroit, MI 48255-0953
518212158       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518209976       Resurgent Capital Service,    Greenville, SC 29602
518273096      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
518209974      +Volswagen Credit, Inc.,    Attn: Bankruptcy,    PO Box 3,    Hillboro, OR 97123-0003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518209983      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 00:50:02     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518196811       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:22     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518209977      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:20
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    PO Box 10497,    Greenvile, SC 29603-0497
518209979      +E-mail/Text: bk@lendingclub.com Jun 13 2019 00:55:51     LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St. Ste. 1000,    San Francisco, CA 94105-2967
                                                                                               TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
```
          Camille J Kassar    on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com,
           kassarcr75337@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2,
           ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2
           bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```