UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2
JILL A. MANZO, ESQ.
739SCM
bankruptcy@feinsuch.com

**Order Filed on July 25, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

JOEL W SAPERSTEIN

Debtor(s).

Case No.: 19-17450 SLM

Adv. No.:

Hearing Date: July 10, 2019

Judge: Honorable Stacey L. Meisel

**ORDER RESOLVING OBJECTION TO LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: July 25, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): JOEL W SAPERSTEIN
Case No: 19-17450 SLM
Caption of Order:  **ORDER RESOLVING OBJECTION TO LOSS MITIGATION**

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.,** Attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006 as to certain real property known as **708 WINDSWEPT LANE, FRANKLIN LAKES, NJ 07417** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Debtor shall submit all documents necessary for loan modification review within thirty (30) days of entry of Order.

2.  Loss Mitigation shall terminate in ninety (90) days following entry of this Order.

3.  The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.