UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2
JILL A. MANZO, ESQ.
739SCM
bankruptcy@feinsuch.com

**Order Filed on July 25, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

JOEL W SAPERSTEIN

Debtor(s).

Case No.: 19-17450 SLM

Adv. No.:

Hearing Date:  July 10, 2019

Judge: Honorable Stacey L. Meisel

**ORDER RESOLVING OBJECTION TO LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: July 25, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): JOEL W SAPERSTEIN
Case No: 19-17450 SLM
Caption of Order: **ORDER RESOLVING OBJECTION TO LOSS MITIGATION**

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006 as to certain real property known as **708 WINDSWEPT LANE, FRANKLIN LAKES, NJ 07417** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Debtor shall submit all documents necessary for loan modification review within thirty (30) days of entry of Order.

2. Loss Mitigation shall terminate in ninety (90) days following entry of this Order.

3. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-17450-SLM
Joel W Saperstein                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2019
                               Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +Joel W Saperstein,   708 Windswept Lane,   Franklin Lakes, NJ 07417-1431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Camille J Kassar    on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2,
               ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor   VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7