| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2<br>JILL A. MANZO, ESQ.<br>739SCM<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>JOEL W SAPERSTEIN<br><br> Debtor(s). | Case No.: 19-17450-SLM<br><br>Adv. No.:<br><br>Chapter:   13<br><br>Hearing Date: n/a<br><br>Judge: Honorable Stacey L. Meisel<br><br>**OBJECTION OF SELECT PORTFOLIO SERVICING, INC. TO DEBTOR'S REQUEST FOR LOSS MITIGATION** |

I, JILL A. MANZO, ESQ. , do hereby certify as follows:

1.  I am an attorney at law of the State of New Jersey associated with the law firm of FEIN, SUCH, KAHN & SHEPARD, PC, attorneys for **SELECT PORTFOLIO SERVICING, INC.**, ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

2.  Secured Creditor holds a mortgage on Debtor's residence which is located at 708 WINDSWEPT LANE, FRANKLIN LAKES, NJ 07417 As

of the date of the bankruptcy filing, Debtor was in default on the terms of the Note and Mortgage. Total arrears due to Secured Creditor are $215,836.01 and total claim due at the time of filing was $1,273,761.12. A copy of the Proof of Claim is on file with the Court.

3. The Debtor's instant case was filed on 04/12/2019.

4. Debtor filed the instant Application for Extension of Loss Mitigation on April 7, 2020 to which Secured Creditor respectfully objects for the reasons which follow:

(a) The Debtor has failed to submit a complete package to Secured Creditor at this time. The Debtor's original request for Loss Mitigation was filed on May 6, 2019. To date, Secured Creditor has been unable to complete a reviewd of the file as the Debtor has not submitted all the required documents despite several requests from Secured Creditor. Therefore, the Debtor is not fulfilling their obligations under the Loss Mitigation Procedures and allowing Loss Mitigation to continue would only result in an additional undue delay to Secured Creditor's ability to enforce their rights as per the terms of the Note and Mortgage.

5. For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to Debtor's request for Loss Mitigation.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

**FEIN, SUCH, KAHN & SHEPARD, PC.**
Attorneys for the Secured Creditor,

By: /S/JILL A. MANZO, ESQ.

DATED: May 10, 2019

cc:  CAMILLE J KASSAR, ESQ. - DEBTOR(S)' ATTORNEY
     MARIE-ANN GREENBERG, ESQ. - TRUSTEE

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006<br>JILL A. MANZO, ESQ.<br>739SCM<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>JOEL W SAPERSTEIN<br><br> Debtor(s). | Case No.: 19-17450-SLM<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date:  N/A<br><br>Judge: Honorable Stacey L. Meisel |

**CERTIFICATION OF SERVICE**

1. I, <u>    TBD                  </u> :

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.,</u> who represents the <u>Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006</u> in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>        TBD          </u>, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed

in the chart below:

   a.   Objection to Application for Extension of Loss Mitigation

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CAMILLE J KASSAR<br>LAW OFFICES OF CAMILLE J KASSAR, LLC<br>271 ROUTE 46 WEST<br>SUITE C-102<br>FAIRFIELD, NJ 07004 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |
| JOEL W SAPERSTEIN<br>708 WINDSWEPT LANE<br>FRANKLIN LAKES, NJ 07417 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u> (D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: TBD                                          _____TBD_____

                                                    Legal Assistant