Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−17450−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joel W Saperstein
   708 Windswept Lane
   Franklin Lakes, NJ 07417

Social Security No.:
   xxx−xx−2312

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/13/20 at 10:00 AM

to consider and act upon the following:

*49* − Application for Extension of Loss Mitigation Period. Filed by Camille J Kassar on behalf of Joel W Saperstein. Objection deadline is 4/14/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Kassar, Camille)

*50* − Objection to Application for Extension of Loss Mitigation Period (related document:49 Application for Extension of Loss Mitigation Period. Filed by Camille J Kassar on behalf of Joel W Saperstein. Objection deadline is 4/14/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Joel W Saperstein) filed by Jill Manzo on behalf of Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006−WL2, ASSET−BACKED CERTIFICATES, SERIES 2006−WL2. (Manzo, Jill)

Dated: 4/20/20

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Joel W Saperstein  
    Debtor

Case No. 19-17450-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 20, 2020  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.  
db        +Joel W Saperstein,   708 Windswept Lane,   Franklin Lakes, NJ 07417-1431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

      Camille J Kassar    on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com, kassarcr75337@notify.bestcase.com  
      Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jill Manzo    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@feinsuch.com  
      Jill Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 bankruptcy@feinsuch.com  
      Kevin Gordon McDonald    on behalf of Creditor   VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7