| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2<br>JILL A. MANZO, ESQ.<br>739SCM<br>bankruptcy@feinsuch.com | **Order Filed on May 27, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOEL W SAPERSTEIN<br><br><br>Debtor(s). | Case No.: 19-17450 SLM<br><br>Adv. No.:<br><br>Hearing Date: May 27, 2020<br><br>Judge: Honorable Stacey L. Meisel |

**ORDER RESOLVING OBJECTION TO DEBTOR'S REQUEST
FOR EXTENSION OF LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 27, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): JOEL W SAPERSTEIN
Case No: 19-17450 SLM
Caption of Order: **ORDER RESOLVING OBJECTION TO DEBTOR'S REQUEST FOR EXTENSION OF LOSS MITIGATION**

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.,** Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2, as to certain real property known as **708 WINDSWEPT LANE, FRANKLIN LAKES, NJ 07417** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Loss Mitigation is extended 90 days.

2. The Debtor must maintain on-going adequate protection payments.

3. The Secured Creditor does not waive right to file Application for Early Termination and/or Objections to additional extensions.

4. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.