Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−17450−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joel W Saperstein
   708 Windswept Lane
   Franklin Lakes, NJ 07417

Social Security No.:
   xxx−xx−2312

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/20/20 at 02:30 PM

to consider and act upon the following:

*64* − Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 5/6/2019 to 9/27/2020, fee: $993.75, expenses: $0.00. Filed by Camille J Kassar. Objection deadline is 10/5/2020. (Attachments: # 1 Summary # 2 Time Sheet # 3 Certificate of Service # 4 Proposed Order) (Kassar, Camille)

*65* − Objection to Debtor(s) Attorney's Application for Compensation (related document:64 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 5/6/2019 to 9/27/2020, fee: $993.75, expenses: $0.00. Filed by Camille J Kassar. Objection deadline is 10/5/2020. (Attachments: # 1 Summary # 2 Time Sheet # 3 Certificate of Service # 4 Proposed Order) filed by Debtor Joel W Saperstein) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/30/20

                          Jeanne Naughton
                          Clerk, U.S. Bankruptcy Court