UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esquire
Law Offices of Camille J. Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ
07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

In Re:

Joel W. Saperstein

**Order Filed on October 20, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____19-17450 SLM_____

Chapter: _____13_____

Judge: _____SLM_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been

rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed

a fee of $ _____993.75_____ for services rendered and expenses in the amount of

$_____0.00_____ for a total of $_____993.75_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____528.00_____ per month for

_____42_____ months to allow for payment of the above fee.

*rev.8/1/15*

2