UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esquire
Law Offices of Camille J. Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ
07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

Order Filed on October 20, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joel W. Saperstein

| | |
|---|---|
| Case No.: | 19-17450 SLM |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ \_\_\_\_993.75\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_\_ for a total of $\_\_\_\_993.75\_\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_528.00\_\_\_ per month for \_\_\_42\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17450-SLM |
| Joel W Saperstein | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel W Saperstein, 708 Windswept Lane, Franklin Lakes, NJ 07417-1431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille J Kassar | |
| | on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com |
| Denise E. Carlon | |
| | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | |
| | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@feinsuch.com |
| Jill Manzo | |
| | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 bankruptcy@feinsuch.com |
| Kevin Gordon McDonald | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7