UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as
servicer for DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE FOR LONG BEACH
MORTGAGE LOAN TRUST 2006-WL2, ASSET-
BACKED CERTIFICATES, SERIES 2006-WL2
R.A. LEBRON, ESQ.
739SCM
bankruptcy@fskslaw.com

**Order Filed on June 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:  19-17450 SLM |
| JOEL W. SAPERSTEIN | Chapter:  13 |
| Debtor(s). | Judge:  Honorable Stacey L. Meisel |

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 3, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss

Mitigation concerning the following property and creditor on <u>July
25, 2019</u>:

Property: <u>708 WINDSWEPT LANE, FRANKLIN LAKES, NJ 07417</u>

Creditor: <u>Select Portfolio Servicing, Inc., as servicer for
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED
CERTIFICATES, SERIES 2006-WL2</u>

and a Request for

☐    Extension of the Loss Mitigation Period having been
filed by _____, and for good cause shown,

☒    Early Termination of the Loss Mitigation Period having
been filed by <u>Select Portfolio Servicing, Inc., as
servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2,
ASSET-BACKED CERTIFICATES, SERIES 2006-WL2</u>, and for
good cause shown,

It is hereby ORDERED that,

☐    The Loss Mitigation period is extended up to and
including _____.

☒    The Loss Mitigation period is terminated, effective
<u>immediately</u>.


And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss
mitigation is terminated effective on the date of the order of
dismissal.

*rev. 12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-17450-SLM

Joel W Saperstein                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 2
Date Rcvd: Jun 03, 2021                 Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

**Recip ID**              **Recipient Name and Address**
db               +  Joel W Saperstein, 708 Windswept Lane, Franklin Lakes, NJ 07417-1431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

**Name**                        **Email Address**
Camille J Kassar
                          on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com
                          bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
                          on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
                          on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
                          TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES
                          2006-WL2 bankruptcy@fsklaw.com

Jill Manzo
                          on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL
                          TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 bankruptcy@fsklaw.com

Kevin Gordon McDonald
                          on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg

     magecf@magtrustee.com

R. A. Lebron

     on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES
2006-WL2 bankruptcy@fskslaw.com

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8