Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−17450−SLM
                          Chapter: 13
                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joel W Saperstein
   708 Windswept Lane
   Franklin Lakes, NJ 07417

Social Security No.:
   xxx−xx−2312

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/12/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2021
JAN: ntp

                                                                                            Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-17450-SLM
Joel W Saperstein  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 12, 2021  Form ID: 148  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel W Saperstein, 708 Windswept Lane, Franklin Lakes, NJ 07417-1431 |
| 518209984 | + | AFS/AmeriFinancial Solutions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518209982 | + | Ctech Coll, Attn: Bankruptcy Department, 5505 Nesconset Hwy. Ste. 200, Mount Sinai, NY 11766-2026 |
| 518178852 | + | Deutshe Bank National Trust Company, 60 Wall Street, New York, NY 10005-2858 |
| 518209980 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 518209981 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518212844 | + | Ford Motor Credit Company LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill NJ 08034-3229 |
| 518212158 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518209976 | | Resurgent Capital Service, Greenville, SC 29602 |
| 518314058 | | SELECT PORTFOLIO SERVICING, INC., SALT LAKE CITY, UT 84165 |
| 518380924 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518311970 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518273096 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 518209974 | + | Volswagen Credit, Inc., Attn: Bankruptcy, PO Box 3, Hillboro, OR 97123-0003 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518307055 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 20:33:22 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518209983 | + | EDI: CAPITALONE.COM | Aug 13 2021 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519081318 | + | EDI: IRS.COM | Aug 13 2021 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518196811 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 20:33:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518209977 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 20:33:19 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenvile, SC 29603-0497 |
| 518209979 | + | Email/Text: bk@lendingclub.com | Aug 12 2021 20:26:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St. Ste. 1000, San Francisco, CA 94105-2967 |
| 518209973 | + | EDI: FORD.COM | Aug 13 2021 00:28:00 | Lincoln Automotive Fin, Attn: Bankruptcy, PO Box 54200, Omaha, NE 68154-8000 |
| 518223928 | | EDI: FORD.COM | Aug 13 2021 00:28:00 | Lincoln Automotive Financial Services, Dept. |

Case 19-17450-SLM    Doc 109    Filed 08/14/21    Entered 08/15/21 00:11:31    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 148 | Total Noticed: 24 |

55953, PO Box 55000, Detroit, MI 48255-0953

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

**Name**          **Email Address**

Camille J Kassar
on behalf of Debtor Joel W Saperstein ckassar@locklawyers.com
bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 bankruptcy@fskslaw.com

Jill Manzo
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@fskslaw.com

Kevin Gordon McDonald
on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@fskslaw.com

Tammy L. Terrell
on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 bankruptcy@fskslaw.com

Tammy L. Terrell
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2 bankruptcy@fskslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10